IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:09-cr-00217 |
| | ) | Judge Haynes |
| vs. | ) | |
| | ) | |
| PEYMAN ABOUDZADEH BEHBAHANI | ) | |

**MOTION TO SET SENTENCING**

Comes Counsel for the Defendant in consultation with the Assistant U.S. Attorney and moves to set the sentence hearing on November 15th or November 18th, 2013 at whatever time is convenient to the Court.

[Handwritten annotation: DENIED. This motion is GRANTED. The hearing is set for November 18, 2013 at 3:00 pm. /s/ Judge 9-26-13]

Respectfully Submitted,

/s/ James Kevin Cartwright

James Kevin Cartwright
Counsel for Peyman Behbahani
Post Office Box 184
Clarksville, TN 37040
931-647-3999
jkcartwrightoffice@yahoo.com

Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing document was served by electronic means of the CM/ECF system upon AUSA Blanche Cook at the Office of the U.S. Attorney, 9th Floor, 801 Broadway, Nashville, TN 37203, on this date, September 25, 2013.

/s/ James Kevin Cartwright