IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:09-cr-00217 |
| | ) | Judge Haynes |
| vs. | ) | |
| | ) | |
| PEYMAN ABOUDZADEH BEHBAHANI | ) | |

## MOTION TO RESCHEDULE SENTENCE HEARING

*[Handwritten annotation: This motion is granted. The hearing is reset for November 21, 2013 at 11:30 a.m. /s/ [signature] 11-15-13]*

Comes now the Defendant, PEYMAN BEHBAHANI, by and through Counsel and moves this Court to Continue the Sentencing Hearing currently set for Monday, November 18, 2013. The Assistant United States has apprised the undersigned of a conflict which cannot be resolved; and it is essential to a just resolution of this matter that Ms. Cook be present to make her recommendation personally, since she is the only AUSA versed and experienced with the facts of this case and the unusual nature of this defendant's situation. **Counsel and the AUSA jointly ask for only a rescheduling and suggest either November 21, 2013 after noon (undersigned has a morning appearance in Clarksville in Criminal Court) or any time Friday, November 22, 2013.**

RESPECTFULLY SUBMITTED,

\_/s/ James Kevin Cartwright_____
JAMES KEVIN CARTWRIGHT
Attorney at Law
P. O. Box 624
Clarksville, Tennessee 37040-0624
Tel. (931) 647-3999

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served by electronic means of the CM/ECF system upon AUSA Blanche Cook at the Office of the U.S. Attorney, 9th Floor, 801 Broadway, Nashville, TN 37203, on this date, November 14, 2013. \_/s/ James Kevin Cartwright_____