IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:09-cr-00217 |
| | ) | Judge Haynes |
| vs. | ) | |
| | ) | |
| PEYMAN ABOUDZADEH BEHBAHANI | ) | |

**MOTION TO RELEASE CASH BOND**

*[Handwritten note: GRANTED. This motion and the proposed language below is ADOPTED. [signature] 12-18-13]*

Comes now the Defendant, PEYMAN BEHBAHANI, by and through Counsel and moves this Court to refine and amend the previous order releasing a cash bond in order to comply with requirements made upon the Court Clerk which that office has apprised counsel of. The amended order as prayed should read:

"The Clerk of this Court is authorized and directed to (a) close out the interest-bearing account with Bank of America that was created pursuant to the Investment Ordered entered herein (Doc # 30), (b) deposit the sum received from the bank account into the registry of this Court, and (c) draw a check on the funds on deposit in the registry of this Court in the principal amount of $20,000.00 plus all interest earned on the account less the Clerk's registry fee of 10% of the interest earned on the account payable to Delaram Aghababaei, and (d) mail said check to Delaram Aghababaei 499 Swiss Avenue, the address shown on the form sent to the Administrative Manager of the Clerk's Office Finance Department. "

Counsel has not reached the Assistant U.S. Attorney yet, but believes that she would not object to such a housekeeping matter, as it was proposed by the Clerk and the U.S. did not object generally to release of the bond previously.

RESPECTFULLY SUBMITTED,

__/s/ James Kevin Cartwright_____
JAMES KEVIN CARTWRIGHT
Attorney at Law
P. O. Box 624
Clarksville, Tennessee 37040-0624
Tel. (931) 647-3999

**CERTIFICATE OF SERVICE**