IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:09-cr-00217 |
| | ) | Judge Haynes |
| vs. | ) | |
| | ) | |
| PEYMAN ABOUDZADEH BEHBAHANI | ) | |

### AMENDED ORDER TO RELEASE CASH BOND

It appearing that specific information is necessary to properly account for and release funds of a cash bond, the following amendment is hereby ORDERED:

The Clerk of this Court is authorized and directed to (a) close out the interest-bearing account with Bank of America that was created pursuant to the Investment Ordered entered herein (Doc # 30), (b) deposit the sum received from the bank account into the registry of this Court, and (c) draw a check on the funds on deposit in the registry of this Court in the principal amount of $20,000.00 plus all interest earned on the account less the Clerk's registry fee of 10% of the interest earned on the account payable to Delaram Aghababaei, and (d) mail said check to Delaram Aghababaei at the address shown on the form sent to the Administrative Manager of the Clerk's Office Finance Department.

SO ORDERED AND ENTERED this _18th_ day of December 2013.

_____
Hon. William L. Haynes Jr.
Chief Judge